# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 19, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

152113 & (34)

BRITTNEY ASHLEY REIS,
      Plaintiff-Appellant,

v

                        SC: 152113
                        COA: 326850
                        Lapeer CC: 13-046297-DS

MATTHEW RAY KOSS,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 27, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the stay of proceedings entered by the Court of Appeals.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 19, 2015

Clerk

s0818d